**EXHIBIT A**

**Invoice Itemization for Amounts Owed by Defendant**

**Akorn Operating Company LLC**
**Bankruptcy Case #: 23-10255-KBO**
**Genetco Inc**

| Customer No. | Doc. Number | Inv. Date | Due Date | Original Amount | Open Amount |
|---|---|---|---|---|---|
| 1506425 | 4215213 | 12/2/2022 | 2/1/2023 | $ 602.28 | $ 602.28 |
| 1506425 | 4215214 | 12/2/2022 | 2/1/2023 | $ 1,532.64 | $ 1,532.64 |
| 1506425 | 4231251 | 12/29/2022 | 2/28/2023 | $ 2,099.82 | $ 2,099.82 |
| 1506425 | 4231253 | 12/29/2022 | 2/28/2023 | $ 1,711.68 | $ 1,711.68 |
| 1506425 | 4231254 | 12/29/2022 | 2/28/2023 | $ 296.16 | $ 296.16 |
| 1506425 | 4231257 | 12/29/2022 | 2/28/2023 | $ 1,353.18 | $ 1,353.18 |
| 1506425 | 4231288 | 12/29/2022 | 2/28/2023 | $ 1,409.76 | $ 1,409.76 |
| 1506425 | 4231388 | 12/29/2022 | 12/29/2022 | $ (74.04) | $ (74.04) |
| 1506425 | 4232228 | 1/4/2023 | 3/6/2023 | $ 987.72 | $ 987.72 |
| 1506425 | 4232229 | 1/4/2023 | 3/6/2023 | $ 701.28 | $ 701.28 |
| 1506425 | 4232831 | 1/5/2023 | 3/7/2023 | $ 987.72 | $ 987.72 |
| 1506425 | 4240352 | 1/13/2023 | 3/15/2023 | $ 227.52 | $ 227.52 |
| 1506425 | 4240365 | 1/13/2023 | 3/15/2023 | $ 682.56 | $ 682.56 |
| 1506425 | 4261463 | 2/1/2023 | 4/3/2023 | $ 1,392.00 | $ 1,392.00 |
| 1506425 | 4261464 | 2/1/2023 | 4/3/2023 | $ 2,483.52 | $ 2,483.52 |
| 1506425 | 4263144 | 2/2/2023 | 4/4/2023 | $ 1,023.84 | $ 1,023.84 |
| 1506425 | 4263608 | 2/3/2023 | 4/5/2023 | $ 1,758.24 | $ 1,758.24 |
| 1506425 | 4269967 | 2/13/2023 | 2/13/2023 | $ (15.64) | $ (15.64) |
| 1506425 | 22034067 | 7/20/2022 | 7/20/2022 | $ 1,379.91 | $ 1,086.71 |
| 1506425 | 22041580 | 8/29/2022 | 8/29/2022 | $ 5,435.50 | $ 2,221.18 |
| 1506425 | 22057492 | 10/17/2022 | 10/17/2022 | $ 2,592.00 | $ 2,592.00 |
| 1506425 | 22066122 | 11/21/2022 | 11/21/2022 | $ 2,776.80 | $ 2,776.80 |
| 1506425 | 22076803 | 12/27/2022 | 12/27/2022 | $ 2,776.80 | $ 2,776.80 |
| 1506425 | 23011125 | 1/23/2023 | 1/23/2023 | $ 2,587.20 | $ 2,587.20 |
| | | | **Totals:** | **$ 36,708.45** | **$ 33,200.93** |